ACCEPTED
03-15-00300-CV
5577142
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 9:58:53 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00300-CV**

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 9:58:53 AM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF PUBLIC SAFETY,

APPELLANT

V.

ANISTY MIRASOL,

APPELLEE

No. D-1-GN-14-001479
201ST Judicial District
Appealing the Interlocutory Order from the 345th Judicial District
Travis County, Texas

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

NOW COMES Appellant Texas Department of Public Safety and pursuant to TEX. R. APP. P. 55.7 and TEX. R. APP. P. 10.5(b), files its Motion for Extension of Time to file its Brief.

Appellant's Brief is due June 9, 2015. Appellant requests a thirty day (30) extension of time, making the Brief due on July 9, 2015. This is Appellant's first Motion for Extension of Time. Appellant's counsel will be unable to meet the deadline of June 9, 2015, for the following reasons:

1

(1) On May 5, 2015, Appellant's counsel prepared and filed a Plea to the Jurisdiction and Motion for Summary Judgment in Cause No. 13-2330; *Kelsey Champion vs. Texas State University*; in the 274th Judicial District Court, Hays County, Texas.

(2) On May 7-8, 2015, counsel traveled to McAllen to prepare for and attend mediation in Cause No. C-6654-13-I; *Mason Castillo vs. City of Edinburg, Texas and the University of Texas—Pan American;* in the 398th Judicial District Court, Hidalgo County, Texas. On May 19, 2015, counsel prepared and filed a Plea to the Jurisdiction in this same case that is set for a hearing on June 22, 2015.

(3) Counsel was out of the office on May 19, 25, and June 2, 2015.

(4) On June 4, 2015 Counsel had to travel to and attend a hearing in Cause No. 13-2330; *Kelsey Champion vs. Texas State University*; in the 274th Judicial District Court, Hays County, Texas on it Plea to the Jurisdiction/Motion for Summary Judgment.

(5) Counsel is preparing for a July 22, 2015 jury trial in Cause No. C-3223-12-C; *Raquel Guzman vs. Texas Department of Public Safety*; in the 139th Judicial District Court, Hidalgo County, Texas.

(6) Additionally, counsel has other deadlines and pleadings due in other cases over the next several weeks.

Appellant requests an additional 30 days to finish preparing the brief. This request is made in the interest of justice and not for delay.

WHEREFORE, Appellant Texas Department of Public Safety moves the court to grant its Motion for Extension of Time to File Its Brief on the Merits, extend the due date to June 9, 2015.

RESPECTFULLY SUBMITTED,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

KARA KENNEDY
Division Chief, Tort Litigation

/s/ Elsa Girón Nava

_____
ELSA GIRÓN NAVA
Assistant Attorney General
State Bar No. 14826900
Tort Litigation Division, Mail Stop 030
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2197 / (512) 457-4459 direct fax
Elsa.Nava@texasattorneygeneral.gov
ATTORNEY FOR APPELLANT DPS

## CERTIFICATE OF CONFERENCE

On June 5, 2015, I contacted Appellee by email and Appellee does not agree

to this motion for extension of time.

/s/ Elsa Girón Nava

_____

ELSA GIRÓN NAVA
Assistant Attorney General

## VERIFICATION

STATE OF TEXAS      §
COUNTY OF TRAVIS      §

BEFORE ME, the undersigned Notary Public, personally appeared ELSA GIRÓN NAVA, Assistant Attorney General, and whose identity is known personally to me and being duly sworn, on oath deposed and said: she is over the age of 18 years of age and is competent to make this verification; she has read Appellant's Motion for Extension of Time to file Its Brief and that the facts contained therein are based upon her personal knowledge and are true and correct.

_Elsa girón nava_

_____

ELSA GIRÓN NAVA

GIVEN UNDER MY HAND and SEAL OF OFFICE on June ____5____, 2015.

LORI SUSAN MOORE-O'NEILL
Notary Public
STATE OF TEXAS
Commission Expires 10-09-2016
Notary without Bond

_____
Notary Public in and for the State of Texas

My commission expires: 10/09/16

CERTIFICATE OF ELECTRONIC SERVICE

I certify that on June 8, 2015 at approximately 9:30 a.m., I served a copy of this Motion for Extension of Time to File Brief on the party listed below by electronic service concurrently with the electronic filing of the document. The electronic transmission was reported as complete. My e-mail address is Elsa.Nava@texasattorneygeneral.gov

Paul Batrice                                      Via E-Service
Batrice Law Firm
1114 Lost Creek Blvd, Suite 440
Austin, TX  78746
(512) 600-1000
(512) 600-0217, fax
Paul@batricelawfirm.com
Attorney for Appellee

                                        /s/ Elsa Girón Nava
                                        _____
                                        ELSA GIRÓN NAVA
                                        Assistant Attorney General